**ROBERT J. ROSATI**, #112006
Attorney at Law
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone: (559) 256-9800
Facsimile: (559) 256-9799

Attorneys for Plaintiff,
CATHY GENTILE

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY GENTILE,<br><br>Plaintiff,<br>v.<br><br>GENENTECH, INC. GROUP LONG TERM DISABILITY INSURANCE PLAN,<br><br>Defendant. | Case No.: C 05 1133 EMC<br><br>**REQUEST TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE/[PROPOSED] ORDER**<br><br>Date: August 24, 2005<br>Time: 1:30 a.m.<br>Judge: Honorable Edward M. Chen<br>Courtroom: C (15th Floor) |

I, Robert J. Rosati, counsel for plaintiff Cathy Gentile, hereby request, pursuant to Local Rule 16-10, to participate in the initial Case Management Conference by telephone. This request is made for the following reasons:

1. The initial Case Management Conference is scheduled for August 24, 2005 at 1:30 p.m. in Courtroom C before the Honorable Edward Chen.
2. Counsel for the parties have prepared the Joint Case Management Statement.
3. This request to appear by telephone is made because Plaintiff's counsel maintains his office in the City of Fresno, California, a distance of approximately 200 miles from the courthouse.
4. Defense Counsel does not object to my appearance by telephone.

5. Attorney Thornton Davidson will appear for me, as I am in trial on that date.

Dated: August 19, 2005 /s/

ROBERT J. ROSATI
Attorney for Plaintiff,
CATHY GENTILE

[PROPOSED] ORDER

~~Plaintiff's counsel, Robert J. Rosati, may participate in the initial Case Management Conference in this action by telephone.~~

~~Dated:~~

~~HONORABLE EDWARD M. CHEN~~
~~UNITED STATES MAGISTRATE JUDGE~~

Both counsel may participate in the initial Case Management Conference by telephone. Court will initiate call.

Dated: August 22, 2005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Edward M. Chen

Honora … en
United S … Judge

REQUEST TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE/[PROPOSED] ORDER
CASE NO.: C 05 1133 EMC

2