1  **ROBERT J. ROSATI**, #112006
   Attorney at Law
2  2055 San Joaquin Street
   Fresno, California 93721-2717
3  Telephone:    (559) 256-9800
   Facsimile:    (559) 256-9799
4
   Attorney for Plaintiff, CATHY GENTILE
5
   **ROBERT R. POHLS** #131021
6  **STACEY L. LEASK** #233281
   POHLS & ASSOCIATES
7  One Walnut Creek Center
   100 Pringle Ave., Ste. 235
8  Walnut Creek, CA 94596
   Telephone: (925)937-1773
9  Facsimile: (925)937-1763

10 Attorney for Defendant,
   GENENTECH, INC. GROUP LONG TERM
11 DISABILITY INSURANCE PLAN

12                  UNITED STATES DISTRICT COURT FOR
13                  THE NORTHERN DISTRICT OF CALIFORNIA
14                        (SAN FRANCISCO DIVISION)
15

16 | CATHY GENTILE,                    | Case No.: 3:C05-1133 EMC |
17 |         Plaintiff,                | **STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO RED. R. CIV. P. 41(a)** ; ORDER |
18 | v.                                |  |
19 | GENENTECH, INC. GROUP LONG TERM DISABILITY INSURANCE PLAN |  |
20 |         Defendant.                |  |

21

22    Plaintiff, Cathy Genitle and defendant Genentech, Inc. Group Long Term Disability

23 Insurance Plan have reached a resolution of this matter.  The parties agree to dismiss it in its entirety

24 with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear its own fees and costs.

25 ///

26 ///

27 ///

28 ///

---

STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO RED. R. CIV. P. 41(a)

1

1 | The parties seek the Court's approval of dismissal of this action with prejudice, through the
2 | order listed *infra*.

3 | Dated: September 15, 2005

/s/ Robert J. Rosati
ROBERT J. ROSATI
Attorney for Plaintiff,
Cathy Gentile

6 | Dated: September 15, 2005

/s/ Robert Pohls
ROBERT POHLS
Attorney for Defendant,
Genentech, Inc. Group Long Term
Disability Plan

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated:   October 7, 2005

*Judge Edward M. Chen*

CASE NO:3:C05-1133 EMC